

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00106-CR

| | | |
|---|---|---|
| BINH HUNG NGUYEN, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1643148D) |
| V. | § | June 1, 2023 |
| | § | Memorandum Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
　　Justice Lee Gabriel